Clarence Rosene, Appellant, v. Fredda Marie Rosene, Administratrix of Estate of Nels O. Rosene, Deceased, Appellee.

Gen. No. 9,600.

542

Heard in this court at October term, 1940; opinion filed September 23, 1941. Sheldon & Brown, for appellant; Jacob Cantlin, Samuel Rubin and Ward & Ward, for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."